**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO. 5:26−cr−00031-CHB-MAS**

**UNITED STATES OF AMERICA**                                                                  **PLAINTIFF**


**V.**          **ORDER GRANTING MOTION OF UNITED STATES**
**FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**


**PHILLIP LEE WHITE**                                                                          **DEFENDANT**

\* \* \* \* \*

On March 19, 2026, a Federal Grand Jury indicted the defendant, **PHILLIP LEE WHITE**, for charges relating to drug trafficking and firearm possession. **WHITE** is now confined at the Fayette County Detention Center in Lexington, Kentucky, awaiting trial in Fayette County for violations of Kentucky law.  The United States moves for a writ of habeas corpus ad prosequendum commanding the jailer to deliver **WHITE** to the United States Marshal Service so that **WHITE** may be brought before this Court for arraignment and for other proceedings.

Accordingly, the Court ORDERS:

(1)  the Motion of the United States for a writ of habeas corpus ad prosequendum is GRANTED;

(2)  the jailer shall DELIVER the Defendant, **PHILLIP LEE WHITE,** to the United States Marshal for the Eastern District of Kentucky;

(3)  the Marshal shall DELIVER **WHITE** in custody before the United States

District Court at Lexington, Kentucky, on **April 15, 2026 at 10:00 a.m.** for an initial

appearance and arraignment on the federal charges against him, and from time to time

thereafter until this case is disposed of; and

(4) the Marshal shall safely KEEP **WHITE** in custody until he is no longer

needed, at which time the Marshal shall RETURN **WHITE** to the custody of the jailer.

On this 19th day of March, 2026.



MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY

Copies:        United States Marshal (3 certified copies)
               United States Probation
               Mary Lauren Melton, Assistant United States Attorney
               Aubrey Girouard, Assistant United States Attorney